AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER BISCARDI, JR., DANIEL DAUBE, AMANDA RIER, and STEFANIE MULLEN<br>*Plaintiff(s)*<br><br>v.<br><br>OUTDOOR MASTERCLASS, INC. and MARK TREAGER<br>*Defendant(s)* | Civil Action No. 1:22-cv-3940 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Outdoor Masterclass, Inc.
c/o Mark Treager, Registered Agent
107 Technology Parkway
Peachtree Corners, Georgia 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael K. McGuffee, Poole Huffman, LLC
3562 Habersham at Northlake, Building J, Suite 200
Tucker, Georgia 30084
michaelm@poolehuffman.com | 404-373-4008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*



Date:  09/29/2022

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-3940

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Outdoor Masterclass, Inc.
was received by me on *(date)* 09/30/2022 .

☐ I personally served the summons on the individual at *(place)*
　 on *(date)* 　; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
　, a person of suitable age and discretion who resides there,
on *(date)* 　, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* 　, who is designated by law to accept service of process on behalf of *(name of organization)*
　 on *(date)* 　; or

☐ I returned the summons unexecuted because 　; or

☑ Other *(specify)*: Served Outdoor Masterclass, Inc. on 10/11/2022 at 3:34 PM by personally serving Mark Treager, Registered Agent, at his business located at 107 Technology Parkway, NW, Peachtree Corners, Georgia 30092.

My fees are $　 for travel and $　 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/12/2022

　　　　　　　　　　　　　　　　　　　　　　*Server's signature*

　　　　　　　　　　　　　　　　　　　　　　Amy Ferrero, Process Server
　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

　　　　　　　　　　　　　　　　　　　　　　Legal Ease Attorney Services, Inc.
　　　　　　　　　　　　　　　　　　　　　　645 Waldo Street
　　　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30312
　　　　　　　　　　　　　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc: