IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER BISCARDI, JR., DANIEL DAUBE, AMANDA RIER, and STEPHANIE MULLEN,<br><br>    Plaintiffs,<br><br>v.<br><br>OUTDOOR MASTERCLASS, INC. and MARK TREAGER,<br><br>    Defendants. | Civil Action<br><br>File No.:    1:22-cv-03940-MHC |

## FIRST
## CONSENT ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Upon consent of Plaintiffs and Defendants, and for good cause shown, it is hereby ORDERED that the deadline in which Defendants may respond to Plaintiffs' Complaint is hereby extended through and including Friday, November 11, 2022. When filed, Defendants' response to the Complaint will be considered

their first appearance for purposes of calculating deadlines under the Federal Rules of Civil Procedure and the N.D. Ga. Local Rules.

**SO ORDERED, this** 2nd day of November, 2022.

_____
**MARK H. COHEN**
**Judge, United States District Court**

**Prepared and presented by:**

*/s /William Paul Mason*
William Paul Mason
Georgia Bar No.: 475710

Attorney for Defendants

**MASON | CARTER LLC**
45 Technology Parkway South
Suite 240
Peachtree Corners, GA 30092-3455
Tel.: 770-399-6450
Fax: 770-399-6471
wpmason@masonlawfirm.net