# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WALTER BISCARDI, JR., DANIEL DAUBE, AMANDA RIER, and STEPHANIE MULLEN,<br><br>Plaintiffs,<br><br>v.<br><br>OUTDOOR MASTERCLASS, INC. and MARK TREAGER,<br><br>Defendants. | Civil Action<br><br>File No.:  1:22-cv-03940-MHC |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**COME NOW** Outdoor Masterclass, Inc. and Mark Treager, Defendants in the above styled civil action, (collectively "Defendants"), and pursuant to Local Rule 3.3, file this Certificate of Interested Persons and Corporate Disclosure Statement, and show this Court the following:

(1) The undersigned counsel of record for a party to this action certifies that

the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Walter Biscardi, Jr.

Daniel Daube

Amanda Rier

Stephanie Mullen

Outdoor Masterclass, Inc.

Mark Treager

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Walter Biscardi, Jr.

Daniel Daube

Amanda Rier

Stephanie Mullen

Outdoor Masterclass, Inc.

Mark Treager

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:

Michael K. McGuffee, Esquire

Poole Huffman

For Defendants:

William Paul Mason, Esquire

Mason Carter LLC

This 13th day of December, 2022.

**Respectfully submitted,**

**MASON | CARTER LLC**

*/s /William Paul Mason*
William Paul Mason
Georgia Bar No.: 475710

Attorneys for Defendants

**MASON | CARTER LLC**
45 Technology Parkway South
Suite 240
Peachtree Corners, GA 30092-3455
Tel.:   770-399-6450
Fax:   770-399-6471
wpmason@masonlawfirm.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER BISCARDI, JR., DANIEL DAUBE, AMANDA RIER, and STEPHANIE MULLEN,<br><br>    Plaintiffs,<br><br>v.<br><br>OUTDOOR MASTERCLASS, INC. and MARK TREAGER,<br><br>    Defendants. | Civil Action<br><br>File No.:    1:22-cv-03940-MHC |

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to all counsel of record.

**This** 13th day of December, 2022.

>                    */s /William Paul Mason*
>                    William Paul Mason
>                    Georgia Bar No.:    475710

                                                   Attorneys for Defendants

**MASON | CARTER LLC**
45 Technology Parkway South
Suite 240
Peachtree Corners, GA 30092-3455
Tel.:   770-399-6450
Fax:   770-399-6471
wpmason@masonlawfirm.net