IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER BISCARDI, JR., DANIEL DAUBE, AMANDA RIER and STEFANIE MULLEN,<br><br>Plaintiffs,<br><br>v.<br><br>OUTDOOR MASTERCLASS, INC., and MARK TREAGER,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-3940-MHC |

## ORDER

A review of the docket in this case reveals that the Joint Preliminary Report and Discovery Plan has not been timely filed. Pursuant to Local Rule 16.2, the Joint Preliminary Report and Discovery Plan must be filed within thirty days after the first appearance of a defendant by answer or motion or within thirty days after a removed case is filed in this Court. LR 16.2, NDGa & App. B. In this case, the first appearance of a defendant by way of an answer was on November 11, 2022 [Doc. 8], but, as of this date, the parties have failed to file the required report.

A review of the docket also shows that the parties have not complied with Local Rule 3.3 of this Court requiring that a Certificate of Interested Persons be filed at the time of the party's first appearance. LR 3.3A, NDGa.

Accordingly, it is hereby **ORDERED** that: (1) each party file its respective Certificate of Interested Persons within ten (10) days of the date of this Order; and (2) the parties file the Joint Preliminary Report and Discovery Plan in accordance with Local Rule 16.2 of this Court within fourteen (14) days from the date of this Order. The parties are notified that a failure to comply with this Order may result in sanctions, including dismissal of this case for want of prosecution. See LR 16.5 and 41.3A(2), NDGa; FED. R. CIV. P. 41(b).

**IT IS SO ORDERED** this 3rd day of January, 2023.

_____
MARK H. COHEN
United States District Judge