IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER BISCARDI, JR., DANIEL DAUBE, AMANDA RIER and STEFANIE MULLEN,<br><br>  Plaintiffs,<br><br>v.<br><br>OUTDOOR MASTERCLASS, INC. and MARK TREAGER,<br><br>  Defendants. | CIVIL ACTION FILE NO:<br><br>1:22-cv-03940-MHC |

### PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs WALTER BISCARDI, JR., DANIEL DAUBE, AMANDA RIER, and STEFANIE MULLEN (collectively, "Plaintiffs"), by and through counsel, hereby files Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3 and states as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

(a) Plaintiff Walter Biscardi, Jr.

(b) Plaintiff Daniel Daube

(c) Plaintiff Amanda Rier

(d) Plaintiff Stefanie Mullen

(e) Defendant Outdoor Masterclass, Inc.

(f) Defendant Mark Treager

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    (a) Counsel for Plaintiffs:    Poole Huffman, LLC

    (b) Counsel for Defendants:    Mason Carter LLC

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a) For Plaintiffs:

    Michael K. McGuffee, Esq.
    William S. Cleveland, Esq.
    Poole Huffman, LLC

    (b) For Defendants:

    William Paul Mason, Esq.
    Mason Carter LLC

Respectfully submitted this 13th day of January, 2023.

| | |
|---|---|
| **POOLE HUFFMAN, LLC.** | */s/ Michael K. McGuffee* |
| 3562 Habersham at Northlake | Michael K. McGuffee |
| Building J, Suite 200 | Georgia Bar No. 720456 |
| Tucker, Georgia   30084 | michael@poolehuffman.com |
| T: (404) 373-4008 \| F: (888) 709-5723 | William S. Cleveland |
| | Georgia Bar No. 721593 |
| *Counsel for Plaintiffs* | billy@poolehuffman.com |

# **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to all counsel of record.

This the 13th day of January, 2023.

| | |
|---|---|
| **POOLE HUFFMAN, LLC.** | */s/ Michael K. McGuffee* |
| 3562 Habersham at Northlake | Michael K. McGuffee |
| Building J, Suite 200 | Georgia Bar No. 720456 |
| Tucker, Georgia   30084 | michael@poolehuffman.com |
| T: (404) 373-4008 | F: (888) 709-5723 | William S. Cleveland |
| | Georgia Bar No. 721593 |
| *Counsel for Plaintiffs* | billy@poolehuffman.com |

# CERTIFICATE OF COMPLIANCE

Pursuant to LR 5.1(C), the undersigned counsel hereby certifies that this document was prepared in Times New Roman, 14-point font, one of the fonts and points approved by the Court.

| | |
|---|---|
| **POOLE HUFFMAN, LLC.** <br> 3562 Habersham at Northlake <br> Building J, Suite 200 <br> Tucker, Georgia    30084 <br> T: (404) 373-4008 \| F: (888) 709-5723 <br><br> *Counsel for Plaintiffs* | */s/ Michael K. McGuffee* <br> Michael K. McGuffee <br> Georgia Bar No. 720456 <br> michael@poolehuffman.com <br> William S. Cleveland <br> Georgia Bar No. 721593 <br> billy@poolehuffman.com |