# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WALTER BISCARDI, JR., DANIEL DAUBE, AMANDA RIER and STEFANIE MULLEN,<br><br>     Plaintiffs,<br><br>v.<br><br>OUTDOOR MASTERCLASS, INC. and MARK TREAGER,<br><br>     Defendants. | CIVIL ACTION FILE NO:<br><br>1:22-cv-03940-MHC |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served **PLAINTIFFS' RULE 26(a)(1)**

**INITIAL DISCLOSURES** via electronic mail to the following counsel of record:

William Paul Mason
wpmason@masonlawfirm.net
Mason Carter LLC
45 Technology Parkway South
Suite 240
Peachtree Corners, Georgia 30092-3455

*Attorney for Defendants*

Respectfully submitted, this the 17th day of February, 2023.

| | |
|---|---|
| **POOLE HUFFMAN, LLC.**<br>3562 Habersham at Northlake<br>Building J, Suite 200<br>Tucker, Georgia    30084 | */s/ Michael K. McGuffee*<br>Michael K. McGuffee<br>Georgia Bar No. 720456<br>michael@poolehuffman.com |

T: (404) 373-4008 | F: (888) 709-5723     William S. Cleveland
                                          Georgia Bar No. 721593
*Counsel for Plaintiffs*                  billy@poolehuffman.com