# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WALTER BISCARDI, JR., DANIEL DAUBE, AMANDA RIER and STEFANIE MULLEN,<br><br>  Plaintiffs,<br><br>v.<br><br>OUTDOOR MASTERCLASS, INC. and MARK TREAGER,<br><br>  Defendants. | CIVIL ACTION FILE NO:<br><br>1:22-cv-03940-MHC |

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I served Plaintiffs' *NOTICE TO TAKE DEPOSITION OF MARK TREAGER* via electronic mail to the following counsel of record:

> William Paul Mason
> wpmason@masonlawfirm.net
> Mason Carter LLC
> 45 Technology Parkway South
> Suite 240
> Peachtree Corners, Georgia 30092-3455
>
> *Attorney for Defendants*

This the 2nd day of March, 2023.

| | |
|---|---|
| **POOLE HUFFMAN, LLC.** | *s/ Michael K. McGuffee* |
| 3562 Habersham at Northlake | Michael K. McGuffee |
| Building J, Suite 200 | Georgia Bar No. 720456 |
| Tucker, Georgia   30084 | michael@poolehuffman.com |
| T: (404) 373-4008 | F: (888) 709-5723 | William S. Cleveland |
| | Georgia Bar No. 721593 |
| *Counsel for Plaintiffs* | billy@poolehuffman.com |