March 6, 2023

**VIA CM/ECF ELECTRONIC FILING SYSTEM**

Ms. Lisa Enix, Courtroom Deputy Clerk
For the Honorable Judge Mark H. Cohen
United States District Court
Northern District of Georgia

  **RE:**  ***Walter Biscardi, Jr. et al. v. Outdoor Masterclass, Inc. et al.***
     **Civil Action No: 1:22-cv-3940-MHC**
     **Notice of Leave of Absence**

Dear Ms. Enix:

  As counsel for Plaintiffs in the above-referenced case, I am writing to inform you that I will be away from the practice of law for family vacation and/or out of state travel on May 11-12, 2023, May 30-31, 2023, June 1-2, 2023, June 15-16, 2023, July 21, 2023, July 24-28, 2023, August 10-11, 2023, October 19-20, 2023, and December 13-15, 2023. Pursuant to Local Rule 83.1 (E)(4), please do not calendar this case during my absence.

  If you have any questions or need additional information, please contact me at 404-373-4008. Thank you for your cooperation in this matter.

              Sincerely,

              /s/ Michael K. McGuffee
              Poole Huffman, LLC

## CERTIFICATE OF SERVICE

I certify that on March 6, 2023, I filed the foregoing *Notice of Leave of Absence* using the CM/ECF electronic filing system, which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted:   March 6, 2023.

/s/ Michael K. McGuffee
Georgia Bar No. 720456
