# MASON | CARTER LLC

45 TECHNOLOGY PKWY SOUTH
SUITE 240
PEACHTREE CORNERS, GA 30092-3455
(770) 399-6450

www.masonlawfirm.net

William Paul Mason
wpmason@masonlawfirm.net

February 28, 2023

**VIA EMAIL AND REGULAR MAIL**

Mark Treager
2850 Creekwood Lane
Lawrenceville, Georgia 30044
mark@3peakventures.com

Outdoor Masterclass, Inc.
Attention: Mark Treager
107 Technology Parkway
Peachtree Corners, Georgia 30092
mark@3peakventures.com

    Re:    *Walter Biscardi et al. v. Outdoor Masterclass, Inc. and Mark Treager*
            Civil Action File No.: 1:22-cv-03940-MHC

## NOTICE OF INTENTION TO WITHDRAW AS COUNSEL

Dear Mark:

    Enclosed please find a copy of our Motion to Withdraw as Counsel that we will be filing with the Court fourteen (14) days from the date of this letter. Pursuant to Northern District of Georgia Local Rule 83.1(E), please be advised as follows:

(a) It is our intention to request permission to withdraw as counsel of record in this case.

(b) The Court retains jurisdiction over the action.

(c) You have the burden of keeping the Court informed of a location where notices, pleadings, or other papers may be served.

February 28, 2023
Page 2 of 3

    (d)    You have the obligation to prepare for trial or hire new counsel to prepare for trial, when the trial date has been scheduled and to conduct and respond to discovery or motions in the case.

    (e)    If you fail or refuse to satisfy court related obligations, you may suffer adverse consequences.

    (f)    There presently are no scheduled proceedings or trial, and the holding of any such proceedings will not be affected by the withdrawal of counsel.

    (g)    The service of notices may be made upon you at the above-referenced last known addresses.

    (h)    Because Defendant Outdoor Masterclass, Inc. is a corporation, it may only be represented in court by an attorney, who must sign all pleadings and papers submitted to the Court; a corporate officer may not represent the corporation in court unless that officer is an attorney licensed to practice law in the State of Georgia or has been admitted pro hac vice in the case; and failure to comply with this rule could result in a default judgment against the corporation.

    (i)    You have fourteen (14) days from the date of this notice to file objections with the Court to this withdrawal.

Opposing counsel's contact information is:

Michael K. McGuffee, Esquire
Poole Huffman
3562 Habersham at Northlake
Bldg. J
Ste 200
Tucker, Ga 30084
O: 404-373-4008 | F: 888-709-5723 | D: 770-988-6546
michaelm@poolehuffman.com

The Clerk of Court's contact information is:

United States District Court Clerk
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309
(404) 215-1600

February 28, 2023
Page 3 of 3

        Sincerely,

        **MASON | CARTER LLC**

        *S:// William Paul Mason*

        William Paul Mason

WPM/pm
Enclosure