# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WALTER BISCARDI, JR., DANIEL DAUBE, AMANDA RIER, and STEPHANIE MULLEN,<br><br>  Plaintiffs,<br><br>v.<br><br>OUTDOOR MASTERCLASS, INC. and MARK TREAGER,<br><br>  Defendants. | Civil Action<br><br>File No.: 1:22-cv-03940-MHC |

## **CERTIFICATE OF SERVICE**

I certify that I electronically served the foregoing Order of Withdrawal upon the following individuals via email and regular mail upon:

Mark Treager
2850 Creekwood Lane
Lawrenceville, Georgia 30044
mark@3peakventures.com

Outdoor Masterclass, Inc.
Attention: Mark Treager
107 Technology Parkway
Peachtree Corners, Georgia 30092
mark@3peakventures.com

and with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to all counsel of record.

**This** 20th day of March, 2023.

                                                */s /William Paul Mason*
                                               William Paul Mason
                                               Georgia Bar No.:    475710

**MASON | CARTER LLC**
45 Technology Parkway South
Suite 240
Peachtree Corners, GA 30092-3455
Tel.:   770-399-6450
Fax:   770-399-6471
wpmason@masonlawfirm.net