


March 20, 2023

United States District Court Clerk
Richard B Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Re**: Civil Action File No: 1:22-cv-03940-MHC
Walter Biscardi et al. v. Outdoor Masterclass, Inc., and Mark Treager

Dear Unites State District Court Clerk:

This is to inform you that the plaintiffs request for deposition of Mark Treager dated March 2nd will need to be rescheduled from its April 5, 2023 requested date until we can secure legal counsel since as a Georgia corporation we must be represented by counsel at all times in this process. Also, Mark Treager will be in the Norfolk Virginia area on a planned visit with family at the requested time by plaintiff's counsel.

We are in the process of interviewing representation now. Once we have retained counsel, the plaintiff's attorney will be notified of who are the lead attorney representing us is going forward to communicate with concerning this matter and any other matters concerning this case.

A copy of this notice has been sent to opposing counsel to keep them informed concerning this matter and for their records as well at:

Michael K. McGuffee, Esquire
Poole Huffman
3562 Habersham at Northlake
Bldg. J
Suite 200
Tucker, GA 30084

Thank you for your time and consideration concerning this matter.

Sincerely,

Mark Treager
CEO/President
Outdoor Masterclass, Inc.

Atlanta Motorworks, LLC
107 Technology Parkway NW
Peachtree Corners, GA 30092



ATLANTA METRO 301
24 MAR 2023 PM 7 L

FP US POSTAGE
$000.60
First-Class - IMI
ZIP 30092
03/20/2023
036B 0011825645

CLEARED DATE
MAR 27 2023
U.S. Marshals Service
Atlanta, GA 30303

United States District Court Clerk
Richard B. Russell Federal Bldg.
2211 United States Court House
75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

30303-330999