Outdoor Masterclass, Inc
107 Technology Parkway NW.
Peachtree Corners, GA 30092



ATLANTA

03/10/2023
036B 0011825645

US POSTAGE
$000.60
First-Class - IMI
ZIP 30092

United States District Court Clerk
Richard B. Russell Federal Bldg.
2211 United States Courthouse

```
NIXIE           300      CC 1         0203/24/23
            RETURN TO SENDER
         INSUFFICIENT ADDRESS
            UNABLE TO FORWARD

BC: 30092290907         *1991-01647-21-34
```

Outdoor Master Class, Inc
107 Technology Parkway NW
Peachtree Corners, GA 30092



ATLANTA METRO 301
30 MAR 2023 PM 12 L

US POSTAGE
$000.60
First-Class - IMI
ZIP 30092
03/28/2023
036B 0011825645

CLEARED DATE
APR 03 2023
U.S. Marshals Service
Atlanta, GA

30303-330999

UNITED STATES DISTRICT Court Clerk
Richard B Russell Federal Bldg
2211 United States Courthouse
75 Ted Turner Drive SW
ATLANTA GA 30303-3309




March 10, 2023

United States District Court Clerk
Richard B Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Re**: Civil Action File No: 1:22-cv-03940-MHC
Walter Biscardi et al. v. Outdoor Masterclass, Inc., and Mark Treager

Dear Unites State District Court Clerk:

This is to inform you that all notices, pleadings, or any other papers that may be served need to be sent to the following address:

> Outdoor Masterclass, Inc.
> Attn: Mark Treager
> 107 Technology Parkway NW
> Peachtree Corners, GA 30092

We are currently interviewing new counsel and will advise when a suitable firm has been located as soon as possible since as a corporation we can only be represented by a licensed attorney in the State of Georgia. They will notify you when they are retained as counsel.

A copy of this notice has been sent to opposing counsel's contact information for their records as well at:

> Michael K. McGuffee, Esquire
> Poole Huffman
> 3562 Habersham at Northlake
> Bldg. J
> Suite 200
> Tucker, GA 30084

Thank you for your time and consideration concerning this matter.

Sincerely,

Mark Treager
CEO/President
Outdoor Masterclass, Inc.