

March 10, 2023

United States District Court Clerk
Richard B Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Re:** Civil Action File No: 1:22-cv-03940-MHC
Walter Biscardi et al. v. Outdoor Masterclass, Inc., and Mark Treager

Dear Unites State District Court Clerk:

This is to inform you that response to the plaintiffs request for the following documents, information and response dated March 1, 2023:

> **PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS MARK TREAGER AND OUTDOOR MASTERCLASS, INC.**
>
> **PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANTS MARK TREAGER AND OUTDOOR MASTERCLASS, INC.**

The reply will be delayed as we are currently interviewing new counsel and will advise when a suitable firm has been located as soon as possible since as a corporation we can only be represented by a licensed attorney in the State of Georgia. They will notify you when they are retained as counsel so we can comply with the request upon recommendations of retained counsel as how to proceed concerning such matters.

A copy of this notice has been sent to opposing counsel's contact information for their records as well at:

Michael K. McGuffee, Esquire
Poole Huffman
3562 Habersham at Northlake
Bldg. J
Suite 200
Tucker, GA 30084

Thank you for your time and consideration concerning this matter.

Sincerely

Mark Treager
CEO/President
Outdoor Masterclass, Inc.