IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER BISCARDI, JR., DANIEL DAUBE, AMANDA RIER and STEFANIE MULLEN,<br><br>Plaintiffs,<br><br>v.<br><br>OUTDOOR MASTERCLASS, INC., and MARK TREAGER,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-3940-MHC |

## ORDER

On March 20, 2023, this Court entered an order that required the corporate Defendant Outdoor Masterclass, Inc., to notify the Clerk of Court within twenty-one (21) days of the date of the Order of the name and contact information of its new counsel, because it cannot appear pro se and must be represented by counsel. Mar. 20, 2023 Order [Doc. 23]. The Order also stated the "[f]ailure to designate counsel for Defendant Outdoor Masterclass, Inc. could result in a default being entered against Defendant Outdoor Masterclass, Inc." See LR 83.1(E)(4), NDGa. Although there are filings on the record which include letters from co-defendant Mark Treager, CEO/President of Defendant Outdoor Masterclass Inc., of purported

efforts to interview prospective counsel, the Clerk has received no notification that counsel for the corporate Defendant has been retained.

Accordingly, Mr. Treager is advised that unless counsel for Outdoor Masterclass has entered an appearance on behalf of that Defendant within fourteen (14) days of the days of this Order, the Court will have no alternative than to direct the Clerk to enter a default against the corporate Defendant and the case shall proceed against Mr. Treager, who may represent himself in his individual capacity pro se.

The Clerk is **DIRECTED** to mail a copy of this Order to:

Mark Treager
CEO/President
Outdoor Masterclass, Inc.
107 Technology Parkway, NW
Peachtree Corners, GA 30092

**IT IS SO ORDERED** this 20th day of April, 2023.

_____
MARK H. COHEN
United States District Judge