IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WALTER BISCARDI, JR., DANIEL
DAUBE, AMANDA RIER and
STEFANIE MULLEN,

    Plaintiffs,

v.                                            CIVIL ACTION NO.:
                                                1:22-CV-03940-MHC

OUTDOOR MASTERCLASS, INC.
and MARK TREAGER,

    Defendants.
_____/

## NOTICE OF ENTRY OF APPEARANCE

Ian Smith, Esquire, of Spire Law, LLC hereby gives notice of entry of appearance as Attorney for Defendants Outdoor Masterclass, Inc. and Mark Treager, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

Dated this 4th day of May, 2023.

                                                  Respectfully submitted,

                                                  Spire Law, LLC
                                                  2572 W. State Road 426, Suite 2088
                                                  Oviedo, Florida 32765

                                                  By: */s/ Ian E. Smith*
                                                  Ian E. Smith, Esq.
                                                  Georgia Bar No. 661492
                                                  ian@spirelawfirm.com

                                                  ***Attorneys For Defendants Outdoor Masterclass,***
                                                  ***Inc. and Mark Treager***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, the Notice of Entry of Appearance was electronically filed with the foregoing by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Dated this 4th day of May, 2023.

By: */s/ Ian E. Smith*
Ian E. Smith